**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Janoblin M. B. Brown, Appellant.

Appellate Case No. 2016-001513

———————————

Appeal From Richland County
Letitia H. Verdin, Circuit Court Judge

———————————

Unpublished Opinion No. 2017-UP-372
Submitted September 1, 2017 – Filed October 11, 2017

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Taylor Davis Gilliam, of Columbia,
and Janoblin Maurice Bracy-Brown, pro se, for
Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General John Benjamin Aplin,
both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**SHORT, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.